UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CURTIS CRUESOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV538 RWS |
| ) | |
| MERS/GOODWILL INDUSTRIES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED that** Plaintiff's motion to for the Court to issue a subpeona to the EEOC to produce discrimination claims filed by other employees of Defendant Goodwill [#14] is **DENIED**. The EEOC's claim files are not discoverable by members of the public who are not a party to the claims. <u>EEOC v. Associated Dry Goods Corp.</u>, 449 U.S. 590, 603 (1981).

**IT IS FURTHER ORDERED that** Plaintiff's motion to compel Defendant to comply with court orders [#20] and Plaintiff's motion for an injunction [#23] are **DENIED** for the reasons stated on the record at the Rule 16 conference.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2005.