UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CURTIS CRUESOE,                          )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )        Case No. 4:05CV538 RWS
                                         )
MERS/MISSOURI GOODWILL                   )
INDUSTRIES,                              )
                                         )
            Defendant.                   )

## JUDGMENT

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant

MERS/Missouri Goodwill Industries is granted summary judgment in this matter.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of October, 2006.